IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RODNEY MANYON LANE, | |
| Plaintiff, | CIVIL ACTION NO.: 6:21-cv-86 |
| v. | |
| DEPUTY WARDEN COX; et. al, | |
| Defendants. | |

**O R D E R**

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 7). Plaintiff did not file objections to the Report and Recommendation.[1]

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** without prejudice the above-captioned case, **DENIES AS MOOT** the Motion for Jury Demand, (doc. 11), **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 18th day of January, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court is aware Plaintiff submitted two signed, partially unreadable documents entitled "Statement of Claim" along with his Motion for a Jury Demand. (Doc. 11-1). These documents, dated December 10, 2021, allege new facts and reference allegations from the complaint, but the Court will not construe either document as a complaint signature page. In any event, Plaintiff has not returned a signed motion to proceed *in forma pauperis*.